THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL RAY, Appellant, *v.* GEORGE MCANENY, as President of the Borough of Manhattan, New York City, Respondent.

*People ex rel. Ray v. McAneny, 153 App. Div. 884, affirmed.*
(Argued June 4, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1912, which affirmed an order of Special Term denying a motion for a writ of mandamus to compel defendant to reinstate relator in the position of foreman painter in the bureau of public buildings of the city of New York or to transfer him to a like situation in another department.

*Thomas O'Connor for appellant.*

*Archibald R. Watson, Corporation Counsel (Terence Farley and Elliot S. Benedict of counsel), for respondent.*

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.